Lillian B. Rowe, Plaintiff, v. Don R. Engle, Impleaded with Investors Syndicate Title & Guaranty Company, Defendants. Don R. Engle, Appellant, v. Investors Syndicate Title & Guaranty Company, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No

opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.